IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-203-D

| | |
|---|---|
| JULIUS LORENZO KELLEY, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

On November 13, 2012, defendant filed a motion to dismiss and contends that plaintiff failed to exhaust administrative remedies [D.E. 10]. Plaintiff did not respond.

The court has reviewed the record and governing law. Defendant's motion to dismiss [D.E. 10] is GRANTED. The clerk shall close the case.

SO ORDERED. This 15 day of January 2013.

JAMES C. DEVER III
Chief United States District Judge