AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JULIUS LORENZO KELLEY, SR., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 4:12-CV-203-D** |
| *Commissioner of Social Security*, ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Defendant's Motion to Dismiss [D.E. 10]. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 15, 2013,** WITH A COPY TO:

Julius Lorenzo Kelley, Sr., Pro se (via USPS to 1811 N. Heritage Street, Kinston, NC 28501)
Kathleen C. Buckner (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| January 15, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |

Page 1 of 1
Case 4:12-cv-00203-D   Document 15   Filed 01/15/13   Page 1 of 1